**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| John Wemeier and Laura Wemeier, | Civil No. 04-2722 (RHK/JSM) |
| Plaintiffs, | **ORDER FOR DISMISSAL** |
| v. | |
| Cliff Viessman, Inc., a/k/a Cliff Viessman Trucking, | |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| United Sugars Corporation, | |
| Third-Party Defendant. | |

---

Pursuant to the Stipulation by and between the parties in this matter, **IT IS ORDERED** that this action, including the Complaint and the Counterclaim, is **DISMISSED WITH PREJUDICE** and on the merits, with each of the parties bearing its own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 1, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge